Lynda T Bui, Trustee
3550 Vine Street, Ste. 210
Riverside, CA 92507
Telephone:   (949) 340-3400
Facsimile:    (949) 340-3000
Email: Trustee.Bui@shbllp.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| **In re** | Case No.  6:15-bk-15514-MH |
| **MANUEL JOSE SALDANA,** | Chapter 7 |
| **Debtor.** | **NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS** |
| | [11 U.S.C. §554(a)] |
| | [NO HEARING REQUIRED UNLESS REQUESTED] |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE; CREDITORS OF THE DEBTOR'S ESTATE; THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), Lynda T. Bui, the Chapter 7 Trustee herein ("Trustee") for the bankruptcy estate ("Estate") of Manuel Jose Saldana ("Debtor"), abandons the following:

The Estate's right, title and interest, if any, in the Debtor's 100% ownership interest in Los Arcos Restaurant & Night Club, including Business Inventory: 80 Tables, 200 Chairs, 4 Freezers, 1 Ice Machine, 1 Register, Beer & Hard Liquor with a value of $13,000 identified on Bankruptcy Schedule B ("Asset").

Case 6:15-bk-15514-MH    Doc 38    Filed 09/07/16    Entered 09/07/16 13:54:07    Desc
Main Document    Page 2 of 5

1    The Trustee has investigated the Asset and believes that there is no realizable
2 non-exempt equity in such Asset.  Therefore, the Trustee believes that the proposed
3 abandonment is in the best interest of the Estate and its creditors.

4    **PLEASE TAKE FURTHER NOTICE** that if you object to the Trustee's proposed
5 abandonment, in order to comply with the Local Rules, any papers in opposition to the
6 intended abandonment, and a separate request for hearing thereon, must conform to the
7 requirements of Federal Rule of Bankruptcy Procedure 6007 and Local Bankruptcy Rule
8 9013-1(o)(3).

9    **PLEASE TAKE FURTHER NOTICE** that any objections to the abandonment and
10 request for a hearing, if any, must be filed with the Bankruptcy Court for the Central District
11 of California, Riverside Division, located at 3420 Twelfth Street, Riverside, CA 92501 and
12 served upon the Trustee at the address set forth in the upper left corner of this document
13 and the Office of the United States Trustee, 3801 University Avenue, Ste. 720, Riverside,
14 California 92501 within fourteen (14) days from the date of service of this Notice.  If not
15 request for hearing is timely filed and served, the Trustee will be deemed to have
16 abandoned any interest in the Asset identified herein.  No additional Court Order will be
17 required for the abandonment to be effective.

18
19   Dated: September 7, 2016         By:    /s/ Lynda T. Bui
                                         Lynda T. Bui, Chapter 7 Trustee
20
21 Date Notice Mailed: 9/7/2016

**Lynda T. Bui,
Chapter 7 Trustee**
3550 Vine Street
Suite 210
Riverside, CA 92507

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3550 Vine Street, Ste. 210, Riverside, CA 92507

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)September 7, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lynda T. Bui (TR)    trustee.bui@shbllp.com, C115@ecfcbis.com
- Elyza P Eshaghi    eeshaghi@shbllp.com, avernon@shbllp.com
- Gary S Saunders    stacy@saunderslawoffice.com, gary@saunderslawoffice.com;atty_garysaunders@yahoo.com
- Leonard M Shulman    lshulman@shbllp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) September 7, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 7, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 7, 2016 | Tonia Wooten | /s/ Tonia Wooten |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:15-bk-15514-MH<br>Central District of California<br>Riverside<br>Wed Sep  7 13:42:36 PDT 2016 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| | | Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701-1465 |
| Arrowhead Regional Medical Center<br>County of San Bernardino Central Collect<br>268 W Hospitality Ln 2nd Fl<br>San Bernardino CA 92415-0001 | Asset Acceptance<br>Attn: Bankrupcy Dept<br>Po Box 2036<br>Warren, MI 48090-2036 | Brennan & Clark Ltd<br>721 E Madison St<br>Villa Park, IL 60181-3083 |
| Capital Collections<br>2115 Kern St Ste 206<br>Fresno, CA 93721-2113 | Capital Collections LLC<br>c/o Steven R Hrdlicka Atty At Law<br>1221 Van Ness 2nd Flr<br>Fresno CA 93721-1720 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase/circuitcity<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Cmre Financial Services Inc<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821-6753 |
| Coll Div/san Bern Cnty<br>157 W 5th St 3rd Floor<br>San Bernardino, CA 92415-0225 | Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494-0918 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 |
| Explorer<br>Po Box 906<br>Santa Clarita, CA 91380-9006 | First Data<br>1307 Walt Whitman Rd<br>Melville, NY 11747-4819 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Golden State<br>280 N Benson Ave Ste 6<br>Upland, CA 91786-5652 | Grant & Weber<br>Attn: Bankruptcy<br>26575 W Agoura Rd<br>Calabasas, CA 91302-1958 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Midland Credit Management Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 | Preferred Credit Inc<br>Po Box 1970<br>St Cloud, MN 56302-1970 |
| San Bernardino County<br>Central Collections<br>157 W 5th St<br>3rd Fl<br>San Bernardino, CA 92415-0465 | State Board of Equalization<br>PO Box 942879<br>Sacramento CA 94279-0055 | United Consumer Financial Services<br>865 Bassett Rd<br>Westlake, OH 44145-1194 |

Universal Recovery Corp
2880 Sunrise Blvd
Ste 136
Rancho Cordova, CA 95742-6102


Manuel Jose Saldana
7445 Ginger Rd.
Fontana, CA 92336-2168



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Northern Leasing Syste          End of Label Matrix
132 W 31st St Fl 14             Mailable recipients    34
New York, NY 10001              Bypassed recipients     0
                                Total                  34