Leonard M. Shulman – Bar No. 126349
Elyza P. Eshaghi – Bar No. 293395
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shbllp.com;
eeshaghi@shbllp.com

Attorneys for Lynda T. Bui,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**MANUEL JOSE SALDANA** dba **LOS ARCOS NIGHT CLUB;** aka **MANUEL SALDANA,**<br><br>Debtor. | Case No. 6:15-bk-15514-MH<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF PRO REALTY GROUP AS REAL ESTATE BROKER**<br><br>[No Hearing Set Pursuant to Local Bankruptcy Rule 2014-1(b)] |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Lynda T. Bui ("Trustee"), the duly appointed, qualified and acting Chapter 7 trustee for the bankruptcy estate ("Estate") of Manuel Jose Saldana dba Los Arcos Night Club; aka Manuel Saldana ("Debtor"), has filed an Application for a Court order authorizing the employment of Matt Vanderbeek of Pro Realty Group ("Broker") as her real estate broker ("Application") in this bankruptcy case to assist the Trustee in the marketing and sale of the Estate's interest in the real property located at 7445 Ginger Drive, Fontana, California ("Property").

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\S-T\Saldana, Manuel\Pld\Employ Ntc Broker (Pro Realty Group).doc
5045-000\EXP. 23

1

1    **PLEASE TAKE FURTHER NOTICE** that on May 1, 2013, the Debtor and his spouse, Irma Rocio Burgos-Lechuga aka Irma Burgos, filed a joint voluntary petition under Chapter 7 of the Bankruptcy Code, Case No. 6:13-bk-17852-MH (the "2013 Bankruptcy"). Upon the Debtor's motion and pursuant to Court Order entered August 27, 2013, the 2013 Bankruptcy was converted to a Chapter 13. Due to the failure of the Debtor and his spouse to file their Chapter 13 plan, the 2013 Bankruptcy was dismissed on September 16, 2013.

On May 29, 2015, the Debtor filed this instant bankruptcy. Lynda T. Bui is the duly appointed, qualified and acting Chapter 7 trustee for the Debtor's Estate. The Debtor did not schedule any interest in any real property. However, upon further investigation, the Trustee learned that in the Debtor's prior 2013 Bankruptcy, the Debtor listed an ownership interest in the Property. The documents also show that one month before the 2013 Bankruptcy and on April 18, 2013, the Debtor's wife, Irma R. Burgos Lechuga, transferred, via a grant deed, the community property interest in the Property to Irma R. Burgos Lechuga, a married woman and Genaro Lopez, a married man, as joint tenants, for no consideration. The Trustee believes that but for the voidable transfer in 2013, the Property would be community property available for administration.

The Trustee is informed that the Property has a fair market value of at least $280,000.00 and is subject to liens totaling approximately $39,575.00, leaving approximately $218,025.00 in equity for the benefit of the Estate and its creditors after costs of sale.

Any sale of the Property by the Trustee will be conducted in accordance with Bankruptcy Code Section 363 and Federal Rule of Bankruptcy Procedure 6004 upon a noticed motion to be filed hereinafter in the Debtor's bankruptcy case.

The last date to file claims in the case was January 26, 2016. As of the date of the filing of this Application, the Court's Claims Registers indicates a total of eight claims filed in the aggregate amount of $164,005.34 of which $12,186.71 has been asserted as secured, $46,620.19 has been asserted as priority and $105,198.44 asserted as general unsecured.

///

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

Z:\S-T\Saldana, Manuel\Pld\Employ Ntc Broker (Pro Realty Group).doc
5045-000\EXP. 23

**PLEASE TAKE FURTHER NOTICE** that in order to market the Property for sale in the most effective manner and thereby to liquidate the Property for the best and highest price in the current real estate market, the Trustee has solicited the assistance of the Broker, which is California licensed real estate broker. The Broker is familiar with the sale of real property in the context of a bankruptcy case and will be able to provide knowledge that is unique to the sale of Property and in negotiating a sale to address a potential complex bankruptcy sale. The Trustee is informed that the Broker is experienced in real estate sales and marketing, including the area in which the Property is located, and is well qualified in negotiating sales of real property similar to the Property herein. The employment of the Broker is anticipated to benefit the Estate providing marketing coverage as well as services that are unique to the sale of real property in the context of a bankruptcy case.

The Broker, on the Trustee's behalf, has examined the Property and has agreed to advertise the Property at its expense, to show the Property to interested parties, to represent the Estate as seller in connection with the sale of the Property, and to advise the Trustee with respect to obtaining the highest and best offers available for the Property in the present market. The Property will be listed for sale at $280,000.00.

**PLEASE TAKE FURTHER NOTICE** that in consideration for the Broker's services, subject to further application and Court order, the Broker will receive, upon consummation of any such sale, a real estate agent's commission in an amount of six percent of the purchase price. The Broker has agreed to cooperate with outside brokers. In the event any broker or agent other than the Broker represents a purchaser of the Property (a "Selling Broker"), the commission will be split between the Broker and the Selling Broker in amounts to be determined. In any event, the total commission will not exceed six percent of the total purchase price.

The Broker has been informed and understands that no sale of the Property may be consummated until after (1) notice to creditors with the opportunity for a hearing on the proposed sale, and (2) entry of a Court order approving the sale.

The Broker has been informed and understands that the Property is being sold on an "as is – where as" basis with all faults and conditions then existing at the Property, and thus

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

Z:\S-T\Saldana, Manuel\Pld\Employ Ntc Broker (Pro Realty Group).doc
5045-000\EXP. 23

understands that (1) the Trustee is not making any representations, warranties, either express or implied, as to the condition of the Property, uses (prior, present and future), or otherwise; (2) the Trustee shall not provide the buyer with any reports as to the use or condition of the Property; (3) the Trustee shall not provide the buyer with any warranty protection plan with any building permits or plans; and (4) the Trustee is selling the Property solely in her capacity as the Chapter 7 trustee of the Estate.

The Broker has agreed to be compensated subject to the provisions of Bankruptcy Code Section 328. The Broker is aware of the provisions of Bankruptcy Code Section 328(a) and has agreed, notwithstanding the terms and conditions of employment herein, that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions.

**PLEASE TAKE FURTHER NOTICE** that other than being employed as a real estate broker in other non-related bankruptcy cases, to the best of the Trustee's knowledge after full investigation, and as set forth in the Declaration of Matt Vanderbeek attached to the Application, the Broker and its respective principals, employees and agents: (a) do not hold or represent any interest adverse to the Trustee, the Debtor, the Debtor's creditors and the Estate; (b) have no connections with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any bankruptcy judge presiding in the United States Bankruptcy Court for the Central District of California; and (c) is a disinterested person as that term is defined in Bankruptcy Code Section 101 (14) and used in Bankruptcy Code Section 327(a).

The Trustee is informed and believes and on that basis alleges that employment of the Broker on the terms and conditions provided for herein is in the best interest of the Estate.

**PLEASE TAKE FURTHER NOTICE** that pursuant to **Local Bankruptcy Rule 2014-1(b)**, a hearing on the Application is not required unless a timely response and request for hearing is filed as set forth in **Local Bankruptcy Rule 2014-1(b)(5).** Any opposition or other responsive paper and request for hearing on the Application must be filed with the Clerk of the

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

Z:\S-T\Saldana, Manuel\Pld\Employ Ntc Broker (Pro Realty Group).doc
5045-000\EXP. 23

above-entitled Court and a copy served on Shulman Hodges & Bastian LLP to the attention of Elyza P. Eshaghi at the address indicated above and the Office of the United States Trustee, 3801 University Avenue, Suite 720, Riverside, California 92501, within **fourteen (14) days** after the date of service of this Notice, plus an additional three (3) days unless the Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), in the form required by **Local Bankruptcy Rule 9013-1(f)(1)**.

Failure to file a timely response may be deemed as consent to the relief requested in the Application. **SEE, LOCAL BANKRUPTCY RULE 9013-1(h).**

**SHULMAN HODGES & BASTIAN LLP**

Dated:  October 18, 2016    By: */s/ Elyza P. Eshaghi*
Leonard M. Shulman
Elyza P. Eshaghi
Attorneys for Lynda T. Bui, Chapter 7 Trustee for the bankruptcy estate of Manuel Jose Saldana dba Los Arcos Night Club; aka Manuel Saldana

**Date of service of Notice:   October 18, 2016**

**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

Z:\S-T\Saldana, Manuel\Pld\Employ Ntc Broker (Pro Realty Group).doc
5045-000\EXP. 23

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 Spectrum Center Drive, Suite 600, Irvine, CA  92618**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF PRO REALTY GROUP AS REAL ESTATE BROKER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 18, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Chapter 7 Trustee**: Lynda T. Bui (TR)    trustee.bui@shbllp.com, C115@ecfcbis.com
- **Attorney for Trustee**: Elyza P Eshaghi    eeshaghi@shbllp.com, avernon@shbllp.com
- **Attorney for Debtor**: Gary S Saunders    cindy@saunderslawoffice.com, gary@saunderslawoffice.com; atty_garysaunders@yahoo.com
- **Attorney for Trustee**: Leonard M Shulman    lshulman@shbllp.com
- **Interested Party**: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 18, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **October 18, 2016**   **Erlanna Lohayza** | */s/ Erlanna Lohayza* |
|---|---|
| *Date*                *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST

**DEBTOR**
MANUEL JOSE SALDANA
7445 GINGER RD.
FONTANA, CA 92336-2168

**NEF - ATTORNEY FOR DEBTOR**
GARY S SAUNDERS
SAUNDERS LAW GROUP
1891 CALIFORNIA AVE STE 102
CORONA, CA 92881-7259

**NEF - INTERESTED PARTY**
UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3255

**CREDITOR LISTING**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR LISTING**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR LISTING**
AFNI
ATTN: BANKRUPTCY
1310 MARTIN LUTHER KING DR
BLOOMINGTON, IL 61701-1465

**PROOF OF CLAIM ADDRESS**
ARROWHEAD REGIONAL MEDICAL CENTER
COUNTY OF SAN BERNARDINO, CENTRAL COLLECTIONS
268 W. HOSPITALITY LANE, SECOND FLOOR
SAN BERNARDINO, CA 92415

**CREDITOR LISTING**
ASSET ACCEPTANCE
ATTN: BANKRUPCY DEPT
P.O. BOX 2036
WARREN, MI 48090-2036

**CREDITOR LISTING**
BRENNAN & CLARK LTD
721 E MADISON ST
VILLA PARK, IL 60181-3083

**PROOF OF CLAIM ADDRESS**
CAPITAL COLLECTIONS, LLC
C/O STEVEN R. HRDLICKA, ESQ.
1221 VAN NESS, 2ND FLOOR
FRENSO, CA 93721

**CREDITOR LISTING**
CHASE CARD
P.O. BOX 15298
WILMINGTON, DE 19850-5298

**CREDITOR LISTING**
CHASE/CIRCUITCITY
P.O. BOX 15298
WILMINGTON, DE 19850-5298

**CREDITOR LISTING**
CITIBANK/THE HOME DEPOT
CITICORP CREDIT SRVS/CENTRALIZED BANKRUP
PO BOX 790040
SAINT LOUIS, MO 63179-0040

**CREDITOR LISTING**
CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HWY STE 200
BREA, CA 92821-6753

**CREDITOR LISTING**
COLL DIV/SAN BERN CNTY
157 W 5TH ST 3RD FLOOR
SAN BERNARDINO, CA 92415-0225

**CREDITOR LISTING**
CREDIT COLLECTIONS SVC
P.O. BOX 773
NEEDHAM, MA 02494-0918

**CREDITOR LISTING**
EXPLORER
P.O. BOX 906
SANTA CLARITA, CA 91380-9006

**CREDITOR LISTING**
FIRST DATA
1307 WALT WHITMAN RD
MELVILLE, NY 11747-4819

**CREDITOR LISTING**
FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104-4868

**CREDITOR LISTING**
GOLDEN STATE
280 N BENSON AVE STE 6
UPLAND, CA 91786-5652

**CREDITOR LISTING**
GRANT & WEBER
ATTN: BANKRUPTCY
26575 W AGOURA RD
CALABASAS, CA 91302-1958

**CREDITOR LISTING**
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**PROOF OF CLAIM ADDRESS**
MIDLAND FUNDING LLC
C/O MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090

**CREDITOR LISTING**
NORTHERN LEASING SYSTE
132 W 31ST ST FL 14
NEW YORK, NY 10001-3405

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

| **CREDITOR LISTING**<br>PREFERRED CREDIT INC<br>P.O. BOX 1970<br>ST CLOUD, MN 56302-1970 | **CREDITOR LISTING**<br>SAN BERNARDINO COUNTY<br>CENTRAL COLLECTIONS<br>157 W 5TH ST<br>3RD FL<br>SAN BERNARDINO, CA 92415-0465 | **PROOF OF CLAIM ADDRESS**<br>STATE BOARD OF EQUALIZATION/SPECIAL OPS, MIC:55<br>P.O. BOX 942879<br>SACRAMENTO, CA  94279-0055 |
|---|---|---|
| **CREDITOR LISTING**<br>UNITED CONSUMER FINANCIAL SERVICES<br>865 BASSETT RD<br>WESTLAKE, OH 44145-1194 | **CREDITOR LISTING**<br>UNIVERSAL RECOVERY CORP<br>2880 SUNRISE BLVD<br>STE 136<br>RANCHO CORDOVA, CA 95742-6102 | |
| **RETURNED MAIL** | **11/24/15; RETURNED - NOT DELIVERABLE AS ADDRESSED; UNABLE TO FORWARD**<br>**CREDITOR LISTING**<br>CAPITAL COLLECTIONS<br>2115 KERN ST STE 206<br>FRESNO, CA 93721-2113 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE